JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM LAL MEHMI, | ) |
| | ) |
| Plaintiff, | ) CIVIL No. 06-CV-01724 OWW-LJO |
| | ) |
| v. | ) NOTICE OF VOLUNTARY DISMISSAL OF |
| | ) PLAINTIFF, RAM LAL MEHMI, AND |
| MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services, and McGREGOR W. SCOTT, United States Attorney for the Eastern District of California | ) ORDER </br>) </br>) Rule 41(a)(1) </br>) </br>) CIS No.: A 74219269 </br>) </br>) </br>) </br>) </br>) </br>) |
| Defendants. | |

PLEASE TAKE NOTICE:

That PLAINTIFF, RAM LAL MEHMI, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, plaintiff, RAM LAL MEHMI, hereby  requests that the case be

1

PDF created with pdfFactory trial version www.pdffactory.com

dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to plaintiff's complaint and no motions for summary judgment have been filed in this case. No such answers or summary judgment motion have been served. Accordingly, plaintiff RAM LAL MEHMI requests that this action be dismissed.

                                                Respectfully Submitted,

Dated: February 23, 2007           /s/ JAMES M. MAKASIAN_____
                                          JAMES M. MAKASIAN
                                          STEVEN P. SIMONIAN, Jr.
                                          Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: \_February 27, 2007\_          /s/ OLIVER W. WANGER_____
                                          UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com